UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RELANDO B. RENCHER, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   CAUSE NO.  1:10-CV-447 RM |
| | ) |
| AT&T MOBILITY SERVICES, LLC, | ) |
| | ) |
|     Defendant | ) |

## ORDER ADOPTING RECOMMENDATION

Plaintiff Relando Rencher failed to comply with discovery requests, to respond to the defendant's motions to compel and to dismiss, to comply with court orders, and to prosecute this case without justification. On April 30, 2012, Magistrate Judge Rodovich entered a report and recommendation recommending that the defendant's motion to dismiss be granted, and that the compliant be dismissed. [Doc. No. 31]. The parties had 14 days after being served to file any objections to the recommendation, 28 U.S.C. § 636(b)(1), and those 14 days have passed with no objections being filed. The court now adopts the magistrate's recommendation, GRANTS defendant AT&T Mobility Services' motion to dismiss [Doc. No. 25], VACATES the December 17, 2012 final pretrial conference and January 8, 2013 trial dates and all other deadlines set herein, and ORDERS that the this action be DISMISSED with prejudice pursuant to Fed. R. Civ. P. 37(d) and 41(b).

    SO ORDERED.

    ENTERED:    May 21, 2012

                                              /s/ Robert L. Miller, Jr.
                                              Judge
                                              United States District Court

cc: R. Rencher
  B. Buhl/B. McDermott